IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| VIOLETA ESCOBAR, also known as | ) | Civil No. 13-00598 HG-RLP |
| VIOLETA ESCOBAR CLINE, | ) | |
| Individually and as Personal | ) | |
| Representative for the ESTATE | ) | |
| OF NATHAN CLINE, Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AIRBUS HELICOPTERS SAS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER DENYING PLAINTIFF'S MOTION IN LIMINE NO. 8 RE: LIMITING THE TESTIMONY OF CLIFTON CATES (ECF No. 225)**

**I.   Plaintiff's Motion in Limine No. 8 (ECF No. 225)**

Plaintiff's Motion No. 8 was filed on September 13, 2016. (ECF No. 225).  Plaintiff's Motion seeks to limit the testimony of Clifton Cates.  Plaintiff states that Clifton Cates is a helicopter pilot who was involved in the rescue team that responded to the helicopter crash, which is the subject of this lawsuit, that occurred on November 10, 2011.

Plaintiff seeks to limit Mr. Cates' testimony.  Plaintiff alleges that Mr. Cates may testify about improper prior acts evidence precluded by Federal Rules of Civil Procedure 401 and 404.  Mr. Cates testified during his deposition that a few weeks

prior to the November 10, 2011 accident, he saw Nathan Cline flying a helicopter "very low" for a tour helictoper. (Pla.'s Memo. at pp. 1-3, ECF No. 225-1).

Defendant filed an Opposition to Plaintiff's Motion on September 20, 2016. (ECF No. 241). Defendant asserts that Mr. Cates is a fact witness with relevant evidence regarding Nathan Cline. Defendant argued that the content of Plaintiff's Motion in Limine went to the weight of Mr. Cates' testimony and not to admissibility.

At the Final Pretrial Conference held on September 23, 2016, Plaintiff conceded that Mr. Cates was a fact witness who may be able to provide relevant testimony. Plaintiff agreed that the basis for his Motion in Limine regarding Mr. Cates goes to the weight of the evidence and is better handled on cross-examination than through a Motion in Limine. (Transcript from Sept. 23, 2016 at p. 12, ECF No. 287); see Monterey Bay Military Housing, LLC v. Pinnacle Monterey LLC, 2015 WL 4593439, *10 (N.D. Cal. July 30, 2015); Estate of Clayton Roy Zahn v. City of Kent, 2016 WL 541397, *1 (W.D. Wash. Feb. 11, 2016); Pinterest, Inc. v. Pintrips, Inc., 2015 WL 2268498, *3 (N.D. Cal. May 14, 2015).

//
//
//
//
//

## CONCLUSION

Plaintiff's Motion in Limine No. 8 is **DENIED**.


IT IS SO ORDERED.

Dated: October 4, 2016, Honolulu, Hawaii.

_____
Helen Gillmor
United States District Judge

Violeta Escobar, also known as Violeta Escobar Cline,
Individually, and as Personal Representative for the Estate of
Nathan Cline, Deceased v. Airbus Helicopters SAS, Civil No. 13-
00598 HG-RLP; **ORDER DENYING PLAINTIFF'S MOTION IN LIMINE NO. 8
RE: LIMITING THE TESTIMONY OF CLIFTON CATES (ECF No. 225)**