IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VIOLETA ESCOBAR, also known as VIOLETA ESCOBAR CLINE, Individually and as Personal Representative for the ESTATE OF NATHAN CLINE, Deceased, <br><br>         Plaintiff, <br><br>    vs. <br><br>AIRBUS HELICOPTERS S.A.S., <br><br>         Defendant. | Civ. No. 13-00598 HG-RLP |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF VIOLETA ESCOBAR CLINE AND AIRBUS HELICOPTERS, S.A.S.' JOINT PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT (ECF No. 343)</u>

Findings and Recommendation having been filed and served on all parties on January 18, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation to Grant Plaintiff Violeta Escobar Cline and Airbus

1

Helicopters, S.A.S.' Joint Petition for Determination of Good Faith Settlement (ECF No. 343) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: February 22, 2017, Honolulu, Hawaii.



_____
Helen Gillmor
United States District Judge

Violeta Escobar, also known as Violeta Escobar Cline, Individually and as Personal Representative for the Estate of Nathan Cline, Deceased v. Airbus Helicopters S.A.S., Civ. No. 13-00598 HG-RLP, TO GRANT PLAINTIFF VIOLETA ESCOBAR CLINE AND AIRBUS HELICOPTERS, S.A.S.' JOINT PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT (ECF No. 343)